No. 84–682.  MONAGLE *v.* BOLGER, POSTMASTER GENERAL OF THE UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 84–743.  ROSEN *v.* CHRYSLER PLASTIC PRODUCTS CORP. ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 84–751.  LEWIS *v.* JOSEPH MAGNIN CO., INC., ET AL. C. A. 9th Cir.  Certiorari denied.

No. 84–765.  HILLIER, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF HILLIER *v.* SOUTHERN TOWING CO. ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 84–787.  LAUDERBACK *v.* AMERICAN BROADCASTING COS., INC.  C. A. 8th Cir.  Certiorari denied.

No. 84–792.  FOERING *v.* STRATTON ET AL.  C. A. 3d Cir. Certiorari denied.

No. 84–803.  MICHIGAN *v.* BURBANK.  Ct. App. Mich.  Certiorari denied.

No. 84–810.  SCHNEIER *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 9th Cir.  Certiorari denied.

No. 84–813.  MURVINE *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 84–817.  FOX ET AL. *v.* CONSOLIDATED RAIL CORPORATION.  C. A. 3d Cir.  Certiorari denied.

No. 84–820.  POLYAK *v.* HULEN ET AL.  Ct. App. Tenn.  Certiorari denied.

No. 84–830.  ETHICON, INC. *v.* HANDGARDS, INC.  C. A. 9th Cir.  Certiorari denied.

No. 84–837.  JACOBS *v.* CONNECTICUT.  Sup. Ct. Conn.  Certiorari denied.